UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHNNY L. WOODEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:04-CV-234 |
| ) | |
| JO ANNE B. BARNHART, ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Plaintiff Johnny L. Wooden's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Court File No. 31). The Court referred the matter to United States William B. Mitchell Carter pursuant to 28 U.S.C. § 636(b)(1). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a report and recommendation ("R&R") recommending Plaintiff's motion be granted in the amount of $6,485.26 plus court costs in the amount of $150.00 for a total award of $6,635.26 (Court File No. 35). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), and hereby **GRANTS** Plaintiff's motion for attorney's fees for a total award of $6,635.26 (Court File No. 31).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**

2